**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ROBERTS,<br><br>  Plaintiff,<br><br>  v.<br><br>TRUST OFFICE STAFF, et al.,<br><br>  Defendants. | No. 2:21-CV-0714-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated: April 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1